**Order entered August 7, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00253-CV

**PAMELA D. TURNER, Appellant**

**V.**

**AMERICAN HOMES 4 RENT PROPERTIES TWO LLC,
A DELAWARE LIMITED LIABILITY COMPANY, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-07075-C**

## ORDER

On April 4, 2014, we abated this appeal due to the bankruptcy petition filed by appellant.

On August 4, 2014, appellee filed a motion to reinstate the appeal. Attached to the motion is the

May 20, 2014 order from the United States Bankruptcy Court of the Northern District of Texas

terminating the stay. Accordingly, we **REINSTATE** this appeal. *See* TEX. R. APP. P. 8.3(a).

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE